598

469 A.2d 300

Commonwealth v. Thompson, Appellant.

Submitted September 9, 1983.   Patrick J. Duffy, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

469 A.2d 301

Commonwealth v. Turner, Appellant.

Petition for Allowance of Appeal
Denied April 3, 1984.

Submitted October 7, 1983.   Brian R. Williams, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Appeal quashed.